DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
**EGLET PRINCE**
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
E-Mail: eservice@egletlaw.com
T: 702.450.5400
F: 702.450.5451

- and –

GABRIEL A. MARTINEZ, ESQ.
Nevada Bar No. 326
**GREENMAN, GOLDBERG, RABY & MARTINEZ**
601 S. 9th Street
Las Vegas, Nevada 89101
E-Mail: gmartinez@ggrmlawfirm.com
T: 702.384.1616
F: 702.384.2990
*Attorneys for Defendant John Ducas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORP., individually,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DUCAS,<br><br>Defendant. | CASE NO.: 2:18-cv-02346-APG-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL HEREIN:

PLEASE TAKE NOTICE that EGLET PRINCE hereby disassociates as counsel of record for Defendant JOHN DUCAS in the above-entitled matter.

. . .

. . .

. . .

. . .

1

GREENMAN, GOLDBERG, RABY & MARTINEZ will continue to serve as counsel of record for Defendant JOHN DUCAS.

DATED this 13th day of February, 2019.

**EGLET PRINCE**

/s/ Dennis M. Prince
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant John Ducas*

IT IS SO ORDERED.
Dated: February 15, 2019
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge