# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMERICAN ALTERNATIVE INSURANCE CORP.,

    Plaintiff(s),

v.

JOHN DUCAS,

    Defendant(s).

Case No.: 2:18-cv-02346-APG-NJK

**Order**

[Docket No. 19]

Pending before the Court is a stipulation to bifurcate discovery and to extend the deadlines in the scheduling order. Docket No. 19. The Court **DEFERS** ruling on bifurcating discovery and **SETS** a hearing on that issue for 1:30 p.m. on July 9, 2019, in Courtroom 3A.

With respect to the request to extend deadlines, the parties seek a lengthy 90-day extension to the unexpired deadlines in the scheduling order. Such a request would represent a 50% increase to the current discovery period, and reasons were not provided in the stipulation to justify such an expansion.[1] The Court instead finds that the reasons proffered justify a 30-day extension. Accordingly, the stipulation to extend deadlines is **GRANTED** in part and **DENIED** in part, and deadlines are **SET** as follows:

- Amend complaint/ add parties: closed

---

[1] Without meaningful development, the stipulation points to the "volume" of discovery to date and the need to review it before expert disclosures. Such a bald representation does not justify a 90-day extension.

1

- Expert designations:  July 29, 2019
- Interim status report:  July 29, 2019
- Rebuttal experts:  August 27, 2019
- Discovery cutoff:  September 26, 2019
- Dispositive motions:  October 28, 2019
- Joint proposed pretrial order:  November 27, 2019

Unless and until the Court decides otherwise, the above deadlines apply to <u>all</u> issues in the case as bifurcation is not being ordered herein.

IT IS SO ORDERED.

Dated: June 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge