# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORP.,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOHN DUCAS,<br><br>    Defendant(s). | Case No.: 2:18-cv-02346-APG-NJK<br><br>**Order**<br><br>[Docket No. 21] |

Pending before the Court is a motion to continue the hearing on the parties' request to bifurcate discovery. Docket No. 21. Good cause shown, the motion is **GRANTED** and that hearing is **CONTINUED** to 1:00 p.m. on July 18, 2019, in Courtroom 3B.

IT IS SO ORDERED.

Dated: July 8, 2019

 Nancy J. Koppe
 United States Magistrate Judge