ALVERSON TAYLOR & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
Telephone:  702-384-7000
Facsimile:   702-385-7000
Email:  JOwens@alversontaylor.com
Attorneys for Plaintiff/Counter-Defendant,
American Alternative Insurance Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORP., individually, | Civil Action No: 2:18-cv-02346-APG-NJK |
| Plaintiff, | |
| vs. | |
| JOHN DUCAS, | |
| Defendant. | |
| JOHN DUCAS, | |
| Counter-Claimant, | |
| vs. | |
| AMERICAN ALTERNATIVE INSURANCE CORP., individually, | |
| Counter-Defendant. | |

## JOINT STATUS REPORT

Plaintiff/Counter-Defendant American Alternative Insurance Corporation ("Plaintiff"), by and through its attorneys of record, ALVERSON TAYLOR & SANDERS, and Defendant/Counter-Claimant John Ducas ("Defendant"), by and through his attorneys of record, GREENMAN GOLDBERG RABY & MARTINEZ, hereby submit their Joint Status Report, pursuant to this Court's request on December 10, 2020, and hereby state as follows:

1                                                                                                           25616-JBO

## I. **Settlement**

The Parties have reached a settlement in this matter. Settlement documents have been executed and the settlement check has been requested. Once received, the Parties will exchange the settlement check for executed settlement documents. The Parties anticipate that a Stipulation and Order for Dismissal will be filed with the Court within 14 days of this Joint Status Report.

## II. **Stay**

The Parties have agreed and hereby request that this Court stay the proceedings as the Parties finalize settlement documents and wait for the arrival of the settlement check.

DATED this 15th day of December, 2020.   DATED this 15th day of December, 2020.

GREENMAN GOLDBERG RABY & MARTINEZ   ALVERSON TAYLOR & SANDERS

*/s/Taylor J. Smith*   */s/Jonathan B. Owens*

GABRIEL A. MARTINEZ, ESQ.
Nevada Bar No. 326
TAYLOR J. SMITH, ESQ.
Nevada Bar No. 15332
2270 S. Maryland Pkwy, Suite 100
Las Vegas, NV 89109
Tel: (702) 384 - 1616
Fax: (702) 384 - 2990
*Attorneys for Defendant/
Counter-Claimant*

JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
Tel: (702) 384-7000
Fax: (702) 385-7000
*Attorneys for Plaintiff/Counter-Defendant*

## ORDER

This case is stayed. The parties shall file dismissal papers or a status report by January 15, 2021.

IT IS SO ORDERED:

Dated: December 15, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

j:\z-client\25616\pleadings\joint status report (december 2020).docx