ALVERSON TAYLOR & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
Telephone: 702-384-7000
Facsimile:  702-385-7000
Email: JOwens@alversontaylor.com
Attorneys for Plaintiff/Counter-Defendant,
American Alternative Insurance Corp.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORP., individually,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DUCAS,<br><br>Defendant. | Civil Action No: 2:18-cv-02346-APG-NJK |

JOHN DUCAS,

Counter-Claimant,

vs.

AMERICAN ALTERNATIVE INSURANCE
CORP., individually,

Counter-Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff/Counter-Defendant American

Alternative Insurance Corporation ("Plaintiff"), by and through its attorneys of record,

ALVERSON TAYLOR & SANDERS, and Defendant/Counter-Claimant John Ducas

("Defendant"), by and through his attorneys of record, GREENMAN GOLDBERG RABY &

////

1

25616-JBO

1  MARTINEZ, that this matter be dismissed, with prejudice, each party to bear their own attorney's

2  fees and costs.

3  DATED this 22 day of December, 2020.    DATED this 22 day of December, 2020.

4  GREENMAN GOLDBERG RABY &    ALVERSON TAYLOR & SANDERS
5  MARTINEZ

6

7  GABRIEL A. MARTINEZ    JONATHAN B. OWENS, ESQ.
   Nevada Bar No. 326    Nevada Bar No. 7118
8  TAYLOR J. SMITH, ESQ.    6605 Grand Montecito Pkwy, Ste. 200
   Nevada Bar No. 15332    Las Vegas, NV 89149
9  2270 S. Maryland Pkwy, Suite 100    Tel: (702) 384-7000
10 Las Vegas, NV 89109    Fax:(702) 385-7000
   Tel: (702) 384 - 1616    *Attorneys for Plaintiff/Counter-Defendant*
11 Fax: (702) 384 - 2990
   *Attorneys for Defendant/*
12 *Counter-Claimant*

13                          **ORDER**

14        IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, each party to bear

15 their own attorney's fees and costs.

16                                    IT IS SO ORDERED:

17

18                                    UNITED STATES DISTRICT JUDGE

19                                    DATED: December 23, 2020

20

21 SUBMITTED BY:

22 ALVERSON TAYLOR & SANDERS

23

24

25 JONATHAN B. OWENS, ESQ.
   Nevada Bar No. 7118
26 6605 Grand Montecito Pkwy, Ste. 200
   Las Vegas, NV 89149
27 *Attorneys for Plaintiff/Counter-Defendant*

28
                          2                    25616-JBO

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000